

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2014

No. 04-13-00859-CV

Leonard K. **HOSKINS**,
Appellant

v.

Colonel Clifton **HOSKINS** and Hoskins Inc.,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-03136
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file motion for rehearing and motion for en banc reconsideration is GRANTED. The deadline is extended to November 14, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court